BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Ivy A. Wang (State Bar No. 224899)
  iwang@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff
Atari Interactive, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ATARI INTERACTIVE, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>TP APPAREL, LLC dba TEEPUBLIC; BRAIN BUSTER ENTERPRISES, LLC dba TEEPUBLIC,<br><br>    Defendants.<br><br>TP APPAREL, LLC dba TEEPUBLIC; BRAIN BUSTER ENTERPRISES, LLC dba TEEPUBLIC,<br><br>    Counterclaim Plaintiffs,<br><br>vs.<br><br>ATARI INTERACTIVE, INC.,<br><br>    Counterclaim Defendant. | Case No. 3:18-cv-04115-JST<br><br>**PLAINTIFF AND COUNTERCLAIM DEFENDANT ATARI INTERACTIVE, INC.'S ANSWER AND DEFENSES TO COUNTERCLAIM OF DEFENDANTS AND COUNTERCLAIM PLAINTIFFS TP APPAREL, LLC AND BRAIN BUSTER ENTERPRISES, LLC** |

Plaintiff and Counterclaim Defendant Atari Interactive, Inc. ("Counterclaim Defendant" or "Atari") answers the counterclaims filed in this action (Dkt. 22, (the "Counterclaim")) by Defendants and Counterclaim Plaintiffs TP Apparel, LLC and Brain Buster Enterprises, LLC (collectively "Counterclaim Plaintiffs" or "TeePublic") and asserts affirmative defenses as follows.

## PARTIES

1. Atari admits that Counterclaim Plaintiff TP Apparel LLC has its principal place of business in New York New York, but lacks sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in Paragraph 1 of the Counterclaim, and, on that basis, denies them.

2. Atari admits that Counterclaim Plaintiff Brain Buster Enterprises, LLC has its principal place of business in New York New York, but lacks sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in Paragraph 2 of the Counterclaim, and, on that basis, denies them.

3. Atari admits that it is a Delaware corporation and denies the remaining allegations in Paragraph 3 of the Counterclaim.

## JURISDICTION AND VENUE

4. Atari admits that it is subject to personal jurisdiction of this Court.

5. Atari admits that this Court has subject matter jurisdiction of the Counterclaim.

6. Atari admits that venue is proper in this Court.

## FACTUAL BACKGROUND

7. Atari admits Counterclaim Plaintiffs operate websites that allow customers to design t-shirts and other products on their websites and denies the remaining allegations in Paragraph 7 of the Counterclaim.

8. Atari admits the allegations in Paragraph 8 of the Counterclaim.

9. Atari denies the allegations in Paragraph 9 of the Counterclaim.

10. Atari denies the allegations in Paragraph 10 of the Counterclaim.

11. Atari denies the allegations in Paragraph 11 of the Counterclaim.

12. Atari denies the allegations in Paragraph 12 of the Counterclaim.

13. Atari denies the allegations in Paragraph 13 of the Counterclaim.

14. Atari denies the allegations in Paragraph 14 of the Counterclaim.

15. Atari denies the allegations in Paragraph 15 of the Counterclaim.

## FIRST COUNTERCLAIM FOR RELIEF – COUNT I

### (Declaration of Non-Infringement)

16. Atari incorporates its answers to Paragraphs 1 through 15 of the Counterclaim as its answer to Paragraph 16 of the Counterclaim.

17. Atari admits the allegations in Paragraph 17 of the Counterclaim.

18. Atari denies the allegations in Paragraph 18 of the Counterclaim.

19. Atari denies the allegations in Paragraph 19 of the Counterclaim.

20. No answer is required to the request for judgment in Paragraph 20. To the extent a response is required, Atari denies that Counterclaim Plaintiffs are entitled to any of the judgment it seeks.

## SECOND COUNTERCLAIM FOR RELIEF – COUNT II

### (Cancellation of Trademark Registrations)

21. Atari incorporates its answers to Paragraphs 1 through Paragraph 20 of the Counterclaim as its answer to Paragraph 21 of the Counterclaim.

22. The allegations in Paragraph 22 are statements of law for which no answer should be required. To the extent an answer is required, Atari lacks sufficient knowledge and denies on that basis.

23. Atari denies the allegations in Paragraph 23 of the Counterclaim.

24. No answer is required to the request in Paragraph 24. To the extent a response is required, Atari denies that Counterclaim Plaintiffs are entitled to any of the relief it seeks.

## PRAYER FOR RELIEF

25. No answer is required to the allegations in the Prayer for Relief. To the extent a response is required, Atari denies that Counterclaim Plaintiffs are entitled to any of the relief it seeks.

## AFFIRMATIVE DEFENSES

26. As for its separate and affirmative defenses, Atari alleges the affirmative defenses set forth below. Atari reserves the right to amend this Answer to assert any and all additional claims and defenses when, and if, warranted in the course of further discovery, investigation, or preparation for trial.

## FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

27. The Counterclaim, and each and every claim for relief alleged therein, fails to state a claim upon which relief can be granted against the Counterclaim Plaintiffs.

## SECOND AFFIRMATIVE DEFENSE
### (Unclean Hands/*In Pari Delicto*)

28. The Counterclaim, and each and every claim for relief alleged therein, is barred by the doctrines of unclean hands and *in pari delicto*.

## THIRD AFFIRMATIVE DEFENSE
### (Laches)

29. The Counterclaim, and each and every claim for relief alleged therein, is barred by the doctrine of laches.

## FOURTH AFFIRMATIVE DEFENSE
### (Waiver/Acquiescence/Estoppel)

30. The Counterclaim, and each and every claim for relief alleged therein, is barred by the doctrines of waiver, acquiescence, and estoppel.

## PRAYER FOR RELIEF

WHEREBY, Atari prays for relief as follows:

1. That Counterclaimant take nothing from its Counterclaim;
2. That the Counterclaim be dismissed with prejudice;
3. For costs of suit, including attorneys' fees, incurred herein; and
4. For such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff and Counterclaim Defendant Atari hereby demands a trial by jury for all issues so triable.

Dated: October 5, 2018

BROWNE GEORGE ROSS LLP
Keith J. Wesley
Ivy A. Wang

By: /s/ Keith J. Wesley

Attorneys for Plaintiff Atari Interactive, Inc.

# PROOF OF SERVICE

*Atari Interactive, Inc. v. TP Apparel, LLC dba TeePublic, et al.*
U.S.D.C. N.D. CA, San Francisco Division Case No. 3:18-CV-04115-JST

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2121 Avenue of the Stars, Suite 2800, Los Angeles, CA 90067.

On October 5, 2018, I served true copies of the following document(s) described as **PLAINTIFF AND COUNTERCLAIM DEFENDANT ATARI INTERACTIVE, INC.'S ANSWER AND DEFENSES TO COUNTERCLAIM OF DEFENDANTS AND COUNTERCLAIM PLAINTIFFS TP APPAREL, LLC AND BRAIN BUSTER ENTERPRISES, LLC** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 5, 2018, at Los Angeles, California.

/s/ Kathy Hall
Kathy Hall

# SERVICE LIST

*Atari Interactive, Inc. v. TP Apparel, LLC dba TeePublic, et al.*
U.S.D.C. N.D. CA, San Francisco Division Case No. 3:18-CV-04115-JST
[Related to Case Nos. 3:18-cv-03451-JST; 3:18-cv-003843-JST; and 4:18-cv-04949- JST]

| | |
|---|---|
| David H. Boren, Esq.<br>RITHOZ LEVY FIELDS LLP<br>10940 Wilshire Blvd., Suite 1600<br>Los Angeles, CA 90024<br>Tel: (310)443-4176<br>Fax: (310)443-4220<br>Email: dboren@rlfllp.com | Attorneys for Defendants and Counterclaimants:<br>Brain Buster Enterprises, LLC and TP Apparel, LLC |

# RELATED CASE

*Atari Interactive, Inc. v. Redbubble Inc.*
U.S.D.C. N.D. CA, San Francisco Division Case No. 3:18-CV-03451-JST
[Related to Case Nos. 3:18-cv-03843-JST; 3:18-cv-04115-JST; and 4:18-cv-04949- JST]

| | |
|---|---|
| Kenneth B. Wilson<br>COASTSIDE LEGAL<br>455 1st Avenue<br>Half Moon Bay, CA 94019<br>Tel: (650)420-4211<br>ken@coastsidelegal.com | Attorneys for Defendant Redbubble, Inc. |

# RELATED CASE

*Atari Interactive, Inc. v. Zazzle Inc.*
U.S.D.C. N.D. CA, San Francisco Division Case No. 3:18-CV-03843-JST
[Related to Case Nos. 3:18-cv-03451- JST; 3:18-cv-04115-JST; and 4:18-cv-04949-JST]

| | |
|---|---|
| Ryan Koppelman, Esq.<br>ALSTON & BIRD LLP<br>1950 University Avenue, 5th Floor<br>East Palo Alto, CA 94303<br>Tel: (650)838-2000<br>Email: Ryan.koppelman@alston.com | Attorneys for Defendant Zazzle, Inc. |

1114499.1

Case No. 3:18-cv-04115-JST

PLAINTIFF ATARI INTERACTIVE, INC.'S ANSWER TO COUNTERCLAIMS FILED BY DEFENDANTS TP APPAREL, LLC AND BRAIN BUSTER ENTERPRISES, LLC

| | | |
|---|---|---|
| 1 | Jason D. Rosenberg<br>*(Admitted Pro Hac Vice)* | Attorneys for Defendant Zazzle, Inc. |
| 2 | Mary Grace Gallagher<br>*(Admitted Pro Hac Vice)* | |
| 3 | ALSTON & BIRD LLP<br>1201 West Peachtree Street NW | |
| 4 | Atlanta, GA 30309<br>Tel: (404)881-7000 | |
| 5 | Tel: (404)881-7461 (Jason's Direct)<br>Tel: (404)881-4482 (Mary Grace's Direct) | |
| 6 | Fax: (404)881-7700<br>Email: jason.rosenberg@alston.com | |
| 7 | marygrace.gallagher@alston.com | |

## RELATED CASE

*Atari Interactive, Inc. v SunFrog. LLC*
USDC, Northern District of California - Case No. 4:18-CV-04949-JST
[Related to Case Nos. 3:18-cv-03451- JST; 3:18-cv-03843-JST; and 3:18-cv-04115-JST]

| | | |
|---|---|---|
| 13 | Nicholas Ranallo, Esq.<br>2443 Fillmore Street #380-7508 | Attorneys for Defendant<br>SunFrog, LLC |
| 14 | San Francisco, CA 94115<br>Tel: (831)607-9229 | |
| 15 | Fax: (831)533-5073<br>Email: nick@ranallolawoffice.com | |

1114499.1

Case No. 3:18-cv-04115-JST

PLAINTIFF ATARI INTERACTIVE, INC.'S ANSWER TO COUNTERCLAIMS FILED BY DEFENDANTS
TP APPAREL, LLC AND BRAIN BUSTER ENTERPRISES, LLC