David H. Boren, Esq. SBN 186316
*dboren@rlfllp.com*
RITHOLZ LEVY FIELDS LLP
10940 Wilshire Boulevard, Suite 1600
Los Angeles, CA 90024
Bus: (310) 443-4176
Fax: (310) 443-4220

Attorneys for Defendants
BRAIN BUSTER ENTERPRISES, LLC and
TP APPAREL, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ATARI INTERACTIVE, INC., | Case No.: 18-CV-04115-JST |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING STIPULATION TO ALLOW DEFENDANTS' COUNSEL TO APPEAR BY TELEPHONE AT THE CASE MANAGEMENT CONFERENCE** |
| TP APPAREL, LLC dba TEEPUBLIC; BRAIN BUSTER ENTERPRISES, LLC, dba TEEPUBLIC, | |
| Defendants. | [Stipulation Filed Concurrently Herewith] |
| | Judge: Hon. Jon S. Tigar |
| | Date: October 17, 2018 |
| | Time: 2:00 pm |
| | Crtrm.: 9 |
| | Complaint Filed: July 10, 2018 |

0104372

[PROPOSED] ORDER

Based upon good cause shown and after consideration of the Stipulation, The Court GRANTS the Stipulation. David H. Boren, counsel for Defendants, is hereby allowed to appear at the Case Management Conference ("CMC") in this matter by telephone. The CMC is set for October 17, 2018 at 2:00 p.m.

**IT IS SO ORDERED.**

DATED: October 10, 2018

_____
JON S. TIGAR
UNITED STATES DISTRICT JUDGE

0104372

[PROPOSED] ORDER