David H. Boren, Esq. SBN 186316
   *dboren@rlfllp.com*
RITHOLZ LEVY FIELDS LLP
10940 Wilshire Boulevard, Suite 1600
Los Angeles, CA 90024
Bus: (310) 443-4176
Fax: (310) 443-4220

Attorneys for Defendants
BRAIN BUSTER ENTERPRISES, LLC and
TP APPAREL, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ATARI INTERACTIVE, INC., | Case No.: 18-CV-04115-JST |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING STIPULATION TO ALLOW PARTIES TO CONDUCT SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE** |
| TP APPAREL, LLC dba TEEPUBLIC; BRAIN BUSTER ENTERPRISES, LLC, dba TEEPUBLIC, | |
| Defendants. | [Stipulation Filed Concurrently Herewith] |
| | Complaint Filed: July 10, 2018 |

Based upon good cause shown and after consideration of the Stipulation, The Court GRANTS the Stipulation. Atari Interactive, Inc., on the one hand, and TP Apparel, LLC and Brain Buster Enterprises, LLC, on the other, are allowed to use a Magistrate Judge in order to conduct the settlement conference in the above-captioned matter.

**IT IS SO ORDERED.**


DATED:___October 23, 2018___

_____
JON S. TIGAR
UNITED STATES DISTRICT JUDGE