BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Eric C. Lauritsen (State Bar No. 301219)
  elauritsen@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff and Counter-Defendant Atari Interactive, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ATARI INTERACTIVE, INC.,<br><br>           Plaintiff,<br><br>     vs.<br><br>TP APPAREL, LLC dba TEEPUBLIC; BRAIN BUSTER ENTERPRISES, LLC dba TEEPUBLIC,,<br><br>           Defendants. | Case No. 3:18-cv-04115-JST<br>[*Related to Case No; 3:18-cv-03451-JST; 3:18-cv-03843-JST; 4:18-cv-04949-JST*]<br><br>Hon. Jon S. Tigar<br><br>**JOINT NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| TP APPAREL, LLC dba TEEPUBLIC; BRAIN BUSTER ENTERPRISES, LLC dba TEEPUBLIC,<br><br>           Counter-Claimants,<br><br>     vs.<br><br>ATARI INTERACTIVE, INC.<br><br>           Counter-Defendant. | |
| AND RELATED ACTIONS | |

0118658

Case No. 3:18-cv-04115-JST

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff and Counter-Defendant Atari Interactive, Inc. and Defendants and Counter-Claimants TP Apparel, LLC dba Teepublic and Brain Buster Enterprises, LLC dba Teepublic hereby submit this joint notice of dismissal of the above-entitled action with prejudice, with all parties to bear their own costs and attorney's fees.  (This dismissal relates solely to the *Atari v. TP Apparel* case, including all claims and counterclaims; the related cases that have not previously been dismissed remain pending.)

Dated:  June 24, 2019

BROWNE GEORGE ROSS LLP
   Keith J. Wesley
   Eric C. Lauritsen


By:    /s/ Keith J. Wesley

Attorneys for Plaintiff and Counter-Defendant Atari Interactive, Inc.

Dated:  June 24, 2019

RITHOLZ LEVY FIELDS LLP
   David H. Boren

By:    */s/* David H. Boren
      David H. Boren
Attorneys for Defendants and Counter-Claimants Brain Buster Enterprises, LLC and TP Apparel, LLC