BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Eric C. Lauritsen (State Bar No. 301219)
  elauritsen@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff and Counter-Defendant Atari Interactive, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ATARI INTERACTIVE, INC.,<br><br>             Plaintiff,<br><br>      vs.<br><br>TP APPAREL, LLC dba TEEPUBLIC; BRAIN BUSTER ENTERPRISES, LLC dba TEEPUBLIC,,<br><br>             Defendants. | Case No. 3:18-cv-04115-JST<br>[*Related to Case No; 3:18-cv-03451-JST; 3:18-cv-03843-JST; 4:18-cv-04949-JST*]<br><br>Hon. Jon S. Tigar<br><br>**ORDER RE NOTICE OF DISMISSAL WITH PREJUDICE** |
| TP APPAREL, LLC dba TEEPUBLIC; BRAIN BUSTER ENTERPRISES, LLC dba TEEPUBLIC,<br><br>             Counter-Claimants,<br><br>      vs.<br><br>ATARI INTERACTIVE, INC.<br><br>             Counter-Defendant. | |
| AND RELATED ACTIONS | |

1 | On June ___, 2019, plaintiff in this action filed a Notice of Dismissal With Prejudice. (Dkt. No. __.) Based upon the notice, the above-captioned action is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

IT IS SO ORDERED.

Dated: June 25, 2019

_____
Hon. Jon S. Tiger
United States District Court Judge